# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| **KELLY PINN, on behalf of herself and others similarly situated**<br><br>*Plaintiff*<br><br>v.<br><br>**UNITED INSURANCE PROFESSIONALS, LLC**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)  Civil Action No. 2:24-cv-00127-MHW-EPD<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Rodney VanBrimmer II, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to UNITED INSURANCE PROFESSIONALS, LLC in Pickaway County, OH on January 16, 2024 at 5:16 pm at 10233 Winchester Southern Road, Stoutsville, OH 43154 by leaving the following documents with Brittany Lumbard who as Authorized agent is authorized by appointment or by law to receive service of process for UNITED INSURANCE PROFESSIONALS, LLC.

SUMMONS IN A CIVIL ACTION and Class Action Complaint,

Additional Description:
Brittany said she was authorized to accept service on behalf of the entity.

White Female, est. age 35-44, glasses: Y, Blonde hair, 160 lbs to 180 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=39.5875324,-82.840871
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Delaware County, OH on 1/17/2024.

/s/ *Rodney VanBrimmer II*
Signature
Rodney VanBrimmer II
+1 (740) 936-7625







Exhibit 1c)